THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTOPHER MCCLURE, on Behalf of CARLOS PEREZ-OLIVO, Petitioner, v

Rocco Pozzi, Respondent. [851 NYS2d 888]—

The determination of the County Court, Westchester County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Rivera, J.P., Lifson, Florio and Chambers, JJ., concur.